FILED

APR 18 2023

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

> **Fill in this information to identify the case:**
>
> United States Bankruptcy Court for the:
>
> _____ District of _____
> (State)
>
> Case number (*if known*): _____    Chapter _____

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | MKC Food Future LLC |
| 2. | All other names debtor used in the last 8 years | Plant food + wine Venice , Plant food and wine venice |
| | Include any assumed names, trade names, and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 4 6 – 5 4 3 9 8 6 9 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1009 abbot Kinney Blvd | |
| Number    Street | Number    Street |
| | |
| | P.O. Box |
| Venice    CA 90291 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | Location of principal assets, if different from principal place of business |
| USA | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website (URL)**    www.matthewkenneycuisine.com/Plantfoodwine.com

| Debtor | | Case number *(if known)* |
|---|---|---|
| | Name | |

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

7225

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor _____    Case number (if known)_____
                Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No

   ☐ Yes.  District _____    When _____    Case number _____
                                              MM / DD / YYYY

           District _____    When _____    Case number _____
                                              MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No

    ☐ Yes.  Debtor _____    Relationship _____

            District _____    When _____
                                                MM / DD / YYYY

            Case number, if known _____

11. **Why is the case filed in *this* district?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

           Why does the property need immediate attention? (Check all that apply.)

           ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

              What is the hazard? _____

           ☐ It needs to be physically secured or protected from the weather.

           ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

           ☐ Other _____

           Where is the property? _____
                                   Number       Street

                                   _____

                                   _____
                                   City                    State ZIP Code

           Is the property insured?

           ☐ No

           ☐ Yes. Insurance agency _____

                  Contact name _____

                  Phone _____

**Statistical and administrative information**

Debtor _____     Case number (if known)_____
        Name

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:* <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☒ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5,001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☒ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☒ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |

## ■ Request for Relief, Declaration, and Signatures

**WARNING** — *Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.*

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4 / 11 / 2023
        MM / DD / YYYY

✗ _____          *Matthew Kenney*
Signature of authorized representative of debtor          Printed name

Title  Managing Member

Debtor _____    Case number (if known)_____
       Name

18. Signature of attorney     ✗ _____    Date _____
                      Signature of attorney for debtor            MM    / DD  /YYYY

                      Printed name _____

                      Firm name _____

                      Number    Street _____

                      City _____    State _____    ZIP Code _____

                      Contact phone _____    Email address _____

                      Bar number _____    State _____

Fill in this information to identify the case:

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | GMB Ventures LLC, PO Box 661669, Los Angeles, CA 90066 | Juanita Guzman, 310-399-6600, Juanita@aesthesisstudios.com | Rent | NA | | | 689,500 |
| 2 | Chefs Warehouse, 455 Spence Canyard, Walnut CA 91789 | Patrick Salazar, 602-483-5239, Psalazar@yelp.com | Ads | NA | | | 29,297.80 |
| 3 | Yelp Inc, 350 Mission street, San Francisco CA 94105 | Rebecca Dahlinger, 203-894-1345 ext.1016, rdahlinger@chefswhse.com | Produce/Trade Food | NA | | | 13,448.87 |
| 4 | Worldwide Produce, 2650 Long Beach ave #2, Los Angeles, CA 90058 | Casey Kramer, 213-747-4411, caseyk@wwproduce.com | Produce/Tradegoods | NA | | | 7,437.22 |
| 5 | Skurnik Wines, 48 W 25th Street floor 9, NY, NY 10010 | William Graham, 415-805-7133 x 5, PZ@skurnikwines.com | Wine/Tradegoods | NA | | | 11,058.0_ |
| 6 | Plump Engineering, 914 E. Katella ave, Anaheim CA 92805 | Rob in Tucker, 714-385-1835, Rtucker@pei.com | Construction | NA | | | 4,580 |
| 7 | Southern Glazer Wines, 2501 Hoover street, Los Angeles CA 90007 | Silas Cook, 818-564-5304, scook@southern.com | Wine/tradegoods | NA | | | 4,164 |
| 8 | Beverly hills Valet, PO Box 18737, Beverly hills, CA 90209 | Also Chavez, 310-854-8881, info@v_letpark.com | Parking Services | NA | | | 3,900 |

| Debtor | | Case number (if known) | |
|---|---|---|---|
| Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Five Steam 5734 Bankfield ave Culvercity, CA 90230 | Grat Mogford 310-636-8361 summer@fivesteam.com | Services | NA | | | 3,880 |
| 10 | Sylvester Line Imports 727 N Lafayette park pl Los angeles CA 90026 | Mikey David 805-227-4000 mikey@sylvesterocine.com | wine | NA | | | 3833.50 |
| 11 | Athens Services 1850 Sawtelle Blvd #357 Los angeles CA 90025 | Alesandra T. 646-964-4182 cs@athensservices.com | Garbage service | NA | | | 3769.44 |
| 12 | Grandes Places Selections 16 Gone 3 way # A Mill valley 94941 | Jordan Egan 212-401-3764 Jordan@mosaicwine alliance.com | wine | NA | | | 3750.00 |
| 13 | SoCal Gas 555 W 5th st. Los Angeles CA 70613 | Customer Service 800-427-2000 info@socal.com | Services | NA | | | 3307.98 |
| 14 | Tedward wines 66 W. Broadway #406 NY NY 10007 | John Paul Schultz 845-264-3955 Jschultz@tedwardwines.com | wine | NA | | | 2,832 |
| 15 | Republic master chefs 1664 W washington blvd Los Angeles CA 90007 | Craig Whitehorne 323-735-1661 Craign@republicmasterchefs.com | Linens | NA | | | 2,390.05 |
| 16 | Auto Chlor system CA 4512 west Jefferson Los Angeles CA 90016 | Amalia Quinonez 323-732-5800 Quinonez@autochlor.com | Dishwashing | NA | | | 2,261.00 |
| 17 | Progas Propane 433 west colorado street Glendale CA 91201 | Kevin Shiroo 424-444-9990 Kevin@myprogas.com | Propane | NA | | | 2,086.05 |
| 18 | Well acure Holdings 3434 Paesanos Pkwy San Antonio tx 78231 | marc Suarez 210-816-4600 marc@wellaware.com | equiptment leasing | NA | | | 2,083.58 |
| 19 | Stolpman Vine yards 2434 Alamo pintada ave Los olivos, CA 93441 | Jordan Egan 212-401-3764 Jordan@mosaicwinealliance.com | wine | NA | | | 1968.00 |
| 20 | pacmos refrideration 1175 N. Knollwood cir Anaheim, CA 92801 | Jack Groendal 714-236-3600 JackG@pacmosrefridgerato.com | equiptment leasing | NA | | | 1,135.79 |

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **N/A** .

2. The following financial data is the latest available information and refers to the debtor's condition on **4/1/2023** .

   a. Total assets $ **50,000**

   b. Total debts (including debts listed in 2.c., below) $ **2,000,000**

   c. Debt securities held by more than 500 holders

| | | | | | Approximate number of holders: |
|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | _____ | _____ |

   d. Number of shares of preferred stock _____

   e. Number of shares common stock _____

   Comments, if any: **Largest is taxes and landlord.**

3. Brief description of debtor's business: **Full service restaurant in Venice Beach.**

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Matthew Kenney.**

# Balance Sheet

As of 12/31/2022

MKC FOOD FUTURE LLC

| | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 | Period 9 | Period 10 | Period 11 | Period 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASSETS | | | | | | | | | | | | |
| Current Asset | | | | | | | | | | | | |
| Bank Accounts | 10,491 | -1,105 | 51,713 | -848 | -18,910 | -8,427 | -12,324 | 1,646 | 27,719 | 16,056 | 13,535 | 93,063 |
| Cash on Hand | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Change Fund | | | | | | | | | | | | |
| Petty Cash | 1,276 | 2,610 | 4,013 | 8,573 | 10,024 | 7,087 | 11,108 | 14,566 | 13,922 | 13,922 | 12,372 | 10,325 |
| Undeposited Funds | 8,309 | 10,523 | 16,058 | 23,568 | 5,537 | 10,331 | 33,400 | 0 | 16,267 | 44,800 | 71,361 | 107,334 |
| Cash Tips | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Intercompany | | | | | | | | | | | | |
| Accounts Receivable | 1,585 | 2,776 | 3,107 | 3,072 | 2,648 | 1,610 | 7,614 | 13,377 | 17,708 | 25,620 | 30,833 | 30,447 |
| Vendor Credit Expected | | | | | | | | | | | | |
| Prepaid Expenses | 0 | 0 | 0 | 0 | 3,382 | 3,382 | 3,382 | 3,382 | 3,382 | 3,382 | 3,382 | 3,382 |
| Clearing Account | | | | | | | | | | | | |
| Inventory | 15,575 | 8,795 | 14,072 | 10,324 | 15,935 | 21,850 | -90 | 1,097 | 18,723 | 18,247 | 38,868 | 67,008 |
| Due To/From | 1,718,194 | 1,750,584 | 1,675,722 | 1,740,550 | 1,762,418 | 1,755,119 | 1,638,543 | 1,651,037 | 1,837,045 | 1,857,134 | 1,778,093 | 1,776,557 |
| Total Current Asset | 1,753,413 | 1,775,682 | 1,766,716 | 1,786,169 | 1,781,034 | 1,820,954 | 1,681,134 | 1,685,105 | 1,934,792 | 1,980,159 | 1,948,938 | 2,088,172 |
| Fixed Asset | | | | | | | | | | | | |
| Right-of-use assets | | | | | | | | | | | | |
| Land | | | | | | | | | | | | |
| Building | | | | | | | | | | | | |
| Preopening Expenses | | | | | | | | | | | | |
| Leasehold Improvement Assets | 698,505 | 698,505 | 698,505 | 698,505 | 698,505 | 698,505 | 698,505 | 698,505 | 698,505 | 698,505 | 698,505 | 698,505 |
| Furniture and Equipment Assets | 24,700 | 24,700 | 24,700 | 24,700 | 24,700 | 24,700 | 24,700 | 24,700 | 24,700 | 24,700 | 24,700 | 24,700 |
| Automobiles and Trucks | | | | | | | | | | | | |
| Construction in Progress-Mach & Equip. | | | | | | | | | | | | |
| Machinery & Equipment | 27,840 | 27,840 | 27,840 | 27,840 | 27,840 | 27,840 | 27,840 | 27,840 | 27,840 | 27,840 | 27,840 | 27,840 |
| Acc. Depr - Leasehold Impr. | -468,193 | -477,233 | -486,274 | -495,315 | -504,355 | -513,396 | -522,437 | -531,477 | -540,518 | -540,518 | -540,518 | -540,518 |
| Acc.Depr. - Furniture & Equip. | -8,631 | -8,925 | -9,218 | -9,512 | -9,805 | -10,099 | -10,393 | -10,686 | -10,980 | -10,980 | -10,980 | -10,980 |
| Acc. Amort. - Preopening | | | | | | | | | | | | |
| Acc. Depr. - Const. In progress | | | | | | | | | | | | |
| Acc. Depr. - Machinery & Equip. | -9,870 | -10,219 | -10,569 | -10,919 | -11,269 | -11,618 | -11,968 | -12,318 | -12,668 | -12,668 | -12,668 | -12,668 |
| Accumulated Depreciation | | | | | | | | | | | | |
| Acc Dep- ROU | | | | | | | | | | | | |
| Total Fixed Asset | 264,352 | 254,668 | 244,984 | 235,300 | 225,616 | 215,932 | 206,248 | 196,564 | 186,880 | 186,880 | 186,880 | 186,880 |
| Other Asset | | | | | | | | | | | | |
| Capitalized Org Costs | | | | | | | | | | | | |
| Liquor (Beverage) License | | | | | | | | | | | | |
| Other Assets | | | | | | | | | | | | |
| Intangible Assets | 638,165 | 631,391 | 624,616 | 617,842 | 611,067 | 604,293 | 597,518 | 590,744 | 583,969 | 583,969 | 583,969 | 583,969 |
| Pre- Opening - PB Boston | | | | | | | | | | | | |
| Start Up Costs - Cambridge | | | | | | | | | | | | |
| Investment - Tel Aviv Isreal | | | | | | | | | | | | |
| Deposits | 113,000 | 113,000 | 113,000 | 113,000 | 113,000 | 113,000 | 113,000 | 113,000 | 113,000 | 113,000 | 113,000 | 113,000 |
| Suspense Account | 0 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 3,254 | 3,254 | 14,975 | 2,792 |
| Total Other Asset | 751,165 | 745,491 | 738,716 | 731,942 | 725,167 | 718,393 | 711,618 | 704,844 | 700,223 | 700,223 | 711,945 | 699,761 |
| Total ASSETS | 2,768,930 | 2,775,841 | 2,750,416 | 2,753,411 | 2,731,817 | 2,755,279 | 2,599,000 | 2,586,512 | 2,821,895 | 2,867,262 | 2,847,762 | 2,974,813 |
| LIABILITIES & EQUITY | | | | | | | | | | | | |
| Liabilities | | | | | | | | | | | | |
| Current Liability | | | | | | | | | | | | |
| Due To/From MKC Cuisine Global | 13,609 | 13,609 | 13,609 | 13,609 | 13,609 | 13,609 | 13,609 | 13,609 | 13,609 | 13,609 | 13,609 | 13,609 |
| Accounts Payable | 57,359 | 67,387 | 71,787 | 75,664 | 76,695 | 99,345 | 75,132 | 97,817 | 114,826 | 105,039 | 130,098 | 119,108 |
| Credit Cards | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Amex - Green | | | | | | | | | | | | |
| Payroll Expense Payable | 318,836 | 320,308 | 326,088 | 319,242 | 318,071 | 313,989 | 328,144 | 325,170 | 329,793 | 362,459 | 369,585 | 418,458 |
| State Payroll Liability | | | | | | | | | | | | |
| Payroll Clearing | 186,948 | 208,687 | 247,029 | 295,501 | 315,324 | 335,870 | 344,289 | 338,889 | 419,327 | 303,306 | 217,739 | 209,511 |
| Due to Ray Azzi | | | | | | | | | | | | |
| Amex Loan - Ray Azzi | | | | | | | | | | | | |
| Sales Tax Payable | 306,409 | 315,200 | 332,129 | 349,611 | 366,168 | 367,424 | 384,024 | 402,427 | 416,630 | 431,490 | 443,598 | 455,227 |
| Accrued Expenses | 800,469 | 848,201 | 897,548 | 927,007 | 945,614 | 1,014,078 | 927,595 | 833,546 | 839,434 | 876,053 | 859,871 | 976,909 |
| Other Liabilities | 154,075 | 119,531 | 83,564 | 41,947 | -110 | -44,914 | -43,108 | -124,511 | -131,115 | -138,554 | -143,015 | -148,665 |
| Other Current Liability | | | | | | | | | | | | |
| Open Ticket Clearing Account | -1,943 | -1,839 | -2,168 | -2,548 | -2,548 | -2,510 | -2,510 | -2,510 | -2,510 | -2,510 | -2,510 | -2,510 |
| Total Current Liability | 1,835,761 | 1,892,101 | 1,969,586 | 2,020,234 | 2,032,844 | 2,036,891 | 1,963,178 | 2,042,437 | 2,091,593 | 2,052,892 | 2,008,755 | 2,039,677 |
| Long Term Liability | | | | | | | | | | | | |
| Lease Liabilities | | | | | | | | | | | | |
| Notes Payable | 269,882 | 269,882 | 269,882 | 265,882 | 265,882 | 265,882 | 265,882 | 261,882 | 261,882 | 261,882 | 261,882 | 261,882 |
| Note Payable - PPP Funds - Althea Chicago | | | | | | | | | | | | |
| Note Payable - PPP Funds - PFW Venice (Food Future) | 6,160 | 6,160 | 5,701 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 |
| Note Payable - PPP Funds - PB (DZ) New York LLC | | | | | | | | | | | | |
| Note Payable - PPP Funds - Sestina NYC | | | | | | | | | | | | |
| Note Payable - PPP Funds - Sestina Culver City | | | | | | | | | | | | |
| Note Payable - PPP Funds - Makecut | | | | | | | | | | | | |
| Note Payable - PPP Funds - PB Deli | | | | | | | | | | | | |
| Note Payable - PPP Funds - PB (DZ) Venice | | | | | | | | | | | | |
| Note Payable - PPP Funds - New Food Management | | | | | | | | | | | | |
| Note Payable - PPP Funds - Xyst | | | | | | | | | | | | |
| Note Payable - PPP Funds - HALB | | | | | | | | | | | | |
| Note Payable - PPP Funds - Plant City Providence | | | | | | | | | | | | |
| Total Long Term Liability | 276,042 | 276,042 | 275,584 | 271,428 | 271,428 | 271,428 | 271,428 | 267,428 | 267,428 | 267,428 | 267,428 | 267,428 |
| Total Liabilities | 2,111,824 | 2,168,143 | 2,245,170 | 2,291,663 | 2,324,273 | 2,368,320 | 2,258,606 | 2,309,865 | 2,367,121 | 2,320,321 | 2,276,184 | 2,307,105 |
| Equity | | | | | | | | | | | | |
| Equity | | | | | | | | | | | | |
| Investments | | | | | | | | | | | | |
| Open Balance Equity | | | | | | | | | | | | |
| Member 1 Draws - C Stone | | | | | | | | | | | | |
| Member 1 Equity - C Stone | | | | | | | | | | | | |
| Member 1 Draws - John Sace | | | | | | | | | | | | |
| Member 1 Equity - John Sace | | | | | | | | | | | | |
| Member 1 Draws - Matthew Kenney | | | | | | | | | | | | |
| Member 1 Equity - Matthew Kenney | | | | | | | | | | | | |
| Member Equity - Bart Roman | -6,000 | -6,000 | -6,000 | -6,000 | -6,000 | -6,000 | -6,000 | -6,000 | -6,000 | -6,000 | -6,000 | -6,000 |
| Member 1 Draws | | | | | | | | | | | | |
| Member 1 Equity | 1,431,621 | 1,431,621 | 1,431,621 | 1,431,621 | 1,431,621 | 1,431,621 | 1,431,621 | 1,431,621 | 1,431,621 | 1,431,621 | 1,431,621 | 1,431,621 |
| Member 2 Equity | | | | | | | | | | | | |
| Member 2 Draws | | | | | | | | | | | | |
| Member 3 Draws | | | | | | | | | | | | |
| Member 3 Equity | | | | | | | | | | | | |
| Member 2 Draws - Tin Vuong | | | | | | | | | | | | |
| Member 2 Equity - Tin Vuong | | | | | | | | | | | | |
| Draws - Francesco Maccelo | | | | | | | | | | | | |
| Member 3 Draws - Jed Stanford | | | | | | | | | | | | |
| Member 3 Equity - Jed Stanford | | | | | | | | | | | | |
| Member 4 Draws - Michael Barson | | | | | | | | | | | | |
| Member 4 Equity - Michael Barson | | | | | | | | | | | | |
| Member 1 Equity - Penny Road | | | | | | | | | | | | |
| Member Equity - 117 Adams Owner | | | | | | | | | | | | |
| Members Equity - Federico Gamero | | | | | | | | | | | | |
| Additional Paid In Capital | | | | | | | | | | | | |
| Capital Stock | | | | | | | | | | | | |
| Distributions | | | | | | | | | | | | |
| Retained Earnings | -704,894 | -704,894 | -704,894 | -704,894 | -704,894 | -704,894 | -704,894 | -704,894 | -704,894 | -704,894 | -704,894 | -704,894 |
| YTD Income | -63,621 | -113,020 | -215,481 | -254,979 | -313,163 | -331,785 | -378,334 | -446,031 | -266,254 | -173,786 | -149,149 | -53,023 |
| Total Equity | 657,107 | 607,658 | 505,246 | 461,748 | 407,545 | 386,959 | 342,394 | 276,647 | 454,474 | 546,942 | 571,579 | 667,708 |
| Total Equity | 657,107 | 607,658 | 505,246 | 461,748 | 407,545 | 386,959 | 342,394 | 276,647 | 454,474 | 546,942 | 571,579 | 667,708 |
| Total LIABILITIES & EQUITY | 2,768,930 | 2,775,841 | 2,750,416 | 2,753,411 | 2,731,817 | 2,755,279 | 2,599,000 | 2,586,512 | 2,821,895 | 2,867,262 | 2,847,762 | 2,974,813 |

Profit & Loss – Trailing 12 Periods
12 Periods Ending 12/31/2022

Legal Entity: DHG FOOD FUTURE LLC

| Income |
| --- |
| Fuel Sale |
| Ink Beverage |
| Alcohol Sales |
| Mini Counts |
| Robate |
| Comps & Discounts |
| Total Income |
| Cost of Goods Sold |
| Fuel Cost |
| Ink Beverage Cost |
| Alcohol Cost |
| Total Cost of Goods Sold |
| Gross Profit |
| Operating Expense |
| Payroll & Related |
| Operating Expenses |
| Legal Fees |
| Utilities & Maintenance |
| Advertising & Promotion |
| Other Operating Expenses |
| Professional Services Expense |
| Total OpEx |
| Total Operating Expense |
| Net Operating Income |
| Non-Controllable Expense |
| Depreciation and Amortization |
| Total Non-Controllable Expenses |
| Net Profit |

GMB VENTURES
PO BOX 661669
LOS ANGELES, CA 90066

CHEF'S WAREHOUSE
455 S Brea Canyon Rd
Walnut, CA 91789

YELP INC.
350 Mission St
San Francisco, CA 94105

WORLDWIDE PRODUCE
2652 Long Beach Ave. #2
Los Angeles, CA 90058

SKURNIK WINES
48 W 25th St Floor 9
New York, NY 10010

PLIMP ENGINEERING
914 E. Katella Ave.
Anaheim, California 92805

SOUTHERN GLAZIERS WINES
2501 Hoover St,
Los Angeles, CA 90007

BEVERLY HILLS VALET
P.O. Box 18737
Beverly Hills, CA 90209

FLUE STEAM
5734 BANKFIELD AVE
CULVER CITY, CA 90230

SYLVESTER WINE IMPORTS
727 N La Fayette Park Pl #1
Los Angeles, CA 90026

ATHENS SERVICE'S
1950 Sawtelle Blvd #357
Los Angeles, CA 90025

GRANDES PLACES SELECTIONS
16 GOMEZ WAY #A
MILL VALLEY 94941

SOCAL GAS
555 W 5th St
Los Angeles, CA 90013

T-EDWARD WINES
66 W Broadway # 406,
New York, NY 10007

REBUPLIC MASTER CHEF
1664 W Washington Blvd,
Los Angeles, CA 90007

AUTO-CHLOR SYSTEMS
4512 W Jefferson Blvd,
Los Angeles, CA 90016

PROGAS PROPANE INC
433 West Colorado Street
Glendale, CA91204

WELL AWARE HOLDINGS
3424 Paesanos Pkwy #200,
San Antonio, TX 78231

STOPLMAN VINEYARDS
2434 Alamo Pintado Ave,
Los Olivos, CA 93441

NORM'S REFRIDGERATION
1175 N Knollwood Cir,
Anaheim, CA 92801